

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-19-00052-CV

**IN RE** Phillip **DANDY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On May 1, 2019, this court issued an opinion denying relator's petition for writ of mandamus. Relator's April 26, 2019 Motion for Temporary Relief is DENIED AS MOOT.

It is so **ORDERED** on May 1, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-11412, styled *Daniel Uro v. Lyft, Inc. v. Phillip N. Dandy*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Norma Gonzales signed the order at issue in this proceeding.